

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2025

No. 04-24-00545-CR

Sean David **GUILD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 3714CR
Honorable Roland Andrade, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, we **DISMISS** Sean David Guild's appeal.

It is so **ORDERED** on February 12, 2025.

_____
Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2025.

_____
Luz Estrada, Chief Deputy Clerk